**MINUTE ENTRY**

WALTER, D.

**SHREVEPORT DIVISION**

**January 23, 2014**

| | |
|---|---|
| SCOTT LANE, ET AL | CIVIL ACTION NO. 14-0100 |
| versus | JUDGE WALTER |
| SABINE PARISH SCHOOL BOARD | MAGISTRATE JUDGE HAYES |

\* \* \* \*

Pursuant to 28 U.S.C. Section 455, Judge Donald E. Walter must be disqualified from participating in the above captioned matters. Accordingly, this case is referred to Chief Judge Dee D. Drell for reassignment.