UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

SCOTT LANE, ET AL.                                         CIVIL ACTION NO. 5:14-CV-0100

VERSUS                                                             JUDGE ELIZABETH E FOOTE

SCHOOL BOARD SABINE PARISH, ET AL.        MAGISTRATE JUDGE HAYES

### MINUTES OF SETTLEMENT CONFERENCE

Wednesday, March 5, 2014              Court Began:  9:30 AM              Court Ended: 8:00 PM
Statistical Time:    10 hours and 30 minutes

PRESENT:    KAREN L. HAYES            MAGISTRATE JUDGE
            LCR                      Court Reporter
            Amy Crawford             Courtroom Deputy
            Nelson W Cameron         Attorney representing Plaintiff
            Justin Harrison          Attorney representing Plaintiff
            Scott Lane               Plaintiff
            Sharon Lane              Plaintiff
            Neal L Johnson, Jr.      Attorney representing defendants
            Sara Ebarb               Superintendent of Sabine Parish School Board

**PROCEEDINGS:  Settlement Conference**

At the conclusion of the conference, the parties reached an amicable settlement of the dispute.  The terms of the settlement were read in open court.  The parties will prepare and sign a Consent Decree for approval by the Court.  The Court will issue a 60 day order of dismissal.  The parties were instructed to file a Joint Motion to Dismiss with a proposed Judgement within the next 60 days.