UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SCOTT LANE, on his own behalf and on behalf of his minor children, S.L. and M.L.; AND SHARON LANE, on her own and on behalf of her minor child, C.C.,

      Plaintiffs,

– Versus –

SABINE PARISH SCHOOL BOARD,

      Defendants.

NUMBER: 5:14-cv-00100-EEF-KLH

JUDGE: Hon. Elizabeth E. Foote

MAGISTRATE JUDGE: Hon. Karen L Hayes

## ORDER

THE COURT having considered Plaintiffs' Consent Motion to Dismiss, it is hereby ORDERED:

(1)     all of Plaintiffs' claims against Defendants Rita Roark, Gene Wright and Sara Ebarb are dismissed without prejudice;

(2)     Nothing in this order shall affect any of Plaintiffs' claims against the Sabine Parish School Board, which the parties have agreed to resolve by Consent Decree to be entered separately.

Date: March 12, 20134

_____
Judge